**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

YALICE RAMOS,

        Plaintiff,

vs.

NEW ERA HEALTH CENTER, INC.,

        Defendant.

_____/

**COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, YALICE RAMOS, through counsel, sues Defendant, NEW ERA HEALTH CENTER, INC., and alleges the following:

1.      This is an action for damages and equitable relief within the jurisdiction of this court. The Court also has supplemental jurisdiction over the pendent state claim pursuant to 28 U.S.C. § 1367.

2.      Plaintiff resides in Florida and is a present employee of Defendant.

3.      Defendant, NEW ERA HEALTH CENTER, INC., is a Florida corporation with its principal place of business in Miami-Dade County, Florida, is engaged in commerce in the field of medical care and at all times material hereto, was the "Employer" of the Plaintiff as that term is defined under statutes referenced herein.

4.      At all times material hereto, Defendant along with its employees was engaged along with its employees in interstate commerce, and had annual gross sales and/or business volume of $500,000 or more.

5.         In justifiable reliance upon Defendant'' representations and promises, Plaintiff accepted employment and began working for Defendant as a Therapist.

6.         During part of Plaintiff's employment (specifically from about 07/01/2012 through about 07/28/2012), Plaintiff accrued approximately $4,135.00 in damages which are computed as follows:

- Unpaid wage - $ 3,120.00

- Liquidated Damages $1,015.00 (35 hours per week x 4 weeks x $7.25 per hour)

7.         Defendant continues to fail to pay Plaintiff and Plaintiff's damages continue to accrue.

8.         Despite Plaintiff's continued demand for payment, Defendant has knowingly and willfully refused to tender payment.

9.         Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

10.        Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")

11.         Plaintiff reavers and realleges Paragraphs 1-10 herein.

12.         Plaintiff alleges this action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages from Defendant for the work performed; (ii) $1,015.00 in liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

13.         Plaintiff seeks recovery of the unpaid minimum wages and liquidated damages, interests, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment in his favor and against Defendant, plus costs and reasonable attorneys' fees, and such other remedy as the Court deems just and appropriate.

## COUNT II
## BREACH OF CONTRACT AND FAILURE TO PAY WAGES

14.         Plaintiff reavers and realleges paragraphs 1-10 herein.

15.         Plaintiff entered into an oral contract for wages with Defendant to be compensated for work performed at the hourly rate of pay of $23.50 per hour and failed to pay a total of 140 hours worked for a total owed of $3,120.00.

16.         Plaintiff worked for Defendant and did not receive the compensation promised. Defendant, therefore, wrongfully deprived Plaintiff of wages that were due and owing and to which Plaintiff is lawfully entitled under an oral contract for wages with Defendant.

17.    Plaintiff has been damaged as a result of Defendant's failure to pay the agreed upon wages.

18.    Pursuant to Section 448.08, Florida Statutes, Plaintiff is entitled to the costs of this action and reasonable attorney's fees.

WHEREFORE, Plaintiff demands judgment against Defendant for the unpaid wages that are due and owing, prejudgment interest, reasonable attorneys' fees and costs incurred in this action and any and all further relief this Court deems just and appropriate.

Respectfully submitted,

Loren Law Group
320 South State Road 7
Suite 300
Plantation, FL 33317
Phone:          (954)585-4878
Facsimile:      (954)585-4886
E-Mail:         JLoren@Lorenlaw.com

_____
James M. Loren, Esquire
Bar No.: 55409